```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VALLAIR SOLUTIONS SARL                          :
                                                :   21-CV-7507 (CM) (RWL)
                            Plaintiff,          :
                                                :
            - against -                         :   **ORDER**
                                                :
321 PRECISION CONVERSIONS LLC                   :
                                                :
                            Defendant.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves Plaintiff's request (Dkts. 60, 63) that Defendant's September 14, 2022 letter (Dkt. 57) be stricken. The request is denied for substantially the reasons set forth in Defendant's response at Dkt. 62. Defendant's letter at Dkt. 57 does not state or imply anything about a settlement demand; only Plaintiff identified it as such. Additionally, Plaintiff may rest assured that the Court draws no conclusion from the amount that Defendant purports to be in controversy and understands that Plaintiff may assert and potentially prove damages far in excess of that amount.

However, given the correspondence taken together, and the sanctity of settlement discussions, the document filed at Dkt. 57 shall be placed under seal, and, by **September 30, 2022**, Defendant shall file a copy of Dkt. 57 that redacts the dollar amount identified.

The Clerk of Court is respectfully requested to place Dkt. 57 under seal so that it cannot be accessed publicly.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2022
         New York, New York

Copies transmitted this date to all counsel of record.