```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALLAIR SOLUTIONS SARL

                Plaintiff,

       - against -

321 PRECISION CONVERSIONS LLC

                Defendant.
------------------------------------------------------------X

21-CV-7507 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the conference held on November 4, 2022, this order resolves the discovery issues raised by Plaintiff at Dkts. 72-73, 78-79, and 82.

      Plaintiff's motion to compel is GRANTED. Defendant must produce documents with no redactions except for attorney-client privilege or work product protection. Commercially sensitive material can be designated as appropriate pursuant to the governing protective order.

      Plaintiff's motion to extend the discovery schedule is also GRANTED. The parties shall meet and confer and, by November 11, 2022, jointly file a letter proposing a revised case schedule.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1