```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VALLAIR SOLUTIONS SARL

                Plaintiff,

    - against -

321 PRECISION CONVERSIONS LLC

                Defendant.
-------------------------------------------------------------X

21-CV-7507 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The case schedule is revised as follows:

1. Fact discovery shall be completed by March 31, 2023.
2. Plaintiff's expert reports shall be served by April 28, 2023.
3. Defendant's expert reports shall be filed by June 9, 2023.
4. Expert discovery shall be completed by July 21, 2023.
5. The Pre-Trial Order or motions for summary judgment shall be filed by August 21, 2023.

The Clerk of Court is respectfully requested to terminate the motion at Dkt. 86.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: November 15, 2022
       New York, New York

Copies transmitted this date to all counsel of record.