```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALLAIR SOLUTIONS SARL

                Plaintiff,

      - against -

321 PRECISION CONVERSIONS LLC

                Defendant.
------------------------------------------------------------X

21-CV-7507 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant's motion to quash third-party subpoenas or to prevent their enforcement (Dkt. 94) is DENIED. The subpoenas seek relevant information. The protective order governing this case will adequately protect information appropriately deemed confidential. There is no burden on Defendant, and none of the third parties have moved to quash the subpoenas served on them. To the contrary, at least two of the parties have already entered negotiations with Plaintiff regarding production pursuant to the subpoenas. (Dkt. 95 at 2-3.)

      Plaintiff's request for sanctions (Dkt. 95 at 3) is denied. Defendant's filing of the motion was not sanctionable and appears to have been under the mistaken impression that a formal motion was necessary rather than letter briefing pursuant to the Court's rules. The Court also does not accept that the motion was an attempted end-run around this Court's previous rulings.

      The Clerk of Court is respectfully requested to terminate the motions at Dkts. 94 and 95.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2023
       New York, New York

Copies transmitted this date to all counsel of record.