```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALLAIR SOLUTIONS SARL,

              Plaintiff,

      -against-

321 PRECISION CONVERSIONS, LLC,

           Defendant.

Case No. 1:21-cv-07507-CM-RWL

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Paul B. George for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of California and Oregon and that his contact information is:

> Paul B. George
> **Lane Powell PC**
> 601 S.W. Second Avenue, Suite 2100
> Portland, Oregon 97204
> Telephone: 503.778.2100
> Facsimile: 503.778.2200
> Email: georgep@lanepowell.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiff Vallair Solutions SARL in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.


Dated: _____ March 1 ____, 2023

New York, New York


_____

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

720162.0001/9300048.1