```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VALLAIR SOLUTIONS SARL                          :
                                                :   21-CV-7507 (CM) (RWL)
                        Plaintiff,              :
                                                :
        - against -                             :   ORDER
                                                :
321 PRECISION CONVERSIONS LLC                   :
                                                :
                        Defendant.              :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery conference held via Microsoft Teams on March 7, 2023:

1. With respect to customers post-dating Defendant's contract with Vallair, Defendant shall produce all conversion agreements, drafts of those agreements, term sheets, and side agreements. Defendant need not produce negotiation correspondence with each customer, except Defendant shall produce negotiation communications with respect to CAM from the time of the Vallair contract to the end of 2022.

2. Plaintiff's request to compel documents concerning costs is denied.

3. The parties shall meet and confer and by **March 14, 2023** shall jointly submit a proposed revised discovery schedule.

The Clerk of Court is respectfully requested to terminate the motion at Dkt. 101.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: March 7, 2023
      New York, New York

Copies transmitted this date to all counsel of record.