```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VALLAIR SOLUTIONS SARL

                      Plaintiff,

        - against -

321 PRECISION CONVERSIONS LLC

                      Defendant.
-------------------------------------------------------------X

21-CV-7507 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order resolves (1) Plaintiff Vallair's letter motion at Dkt. 157 seeking to compel Defendant Precision's witnesses and a third-party witness to appear for deposition before the current fact discovery deadline of July 31, 2023, or, alternatively, to extend all deadlines for two months, and (2) the letter motion of third parties ATSG and CAM at Dkt. 158 requesting permission to move to quash or seek a protective order regarding subpoenas for the deposition of ATSG's former CEO and current Chairman of the Board, Joseph C. Hete, and CAM's CEO and President, Richard F. Corrado.

       **Scheduling**: The Court agrees with Precision that Vallair's proffered reasons for cancelling the depositions of Precision witnesses previously scheduled for June are not particularly persuasive; indeed, this is not the first time Vallair's counsel has complained about having to deal with intense work demands that are typical of commercial litigation. The Court also acknowledges that deadlines in this case repeatedly have been extended. But several depositions remain to be taken, and Precision has not helped matters by offering dates only for August 1-3, when Vallair's counsel apparently will be on vacation, or the end of August, when expert reports are due. Precision's suggestion of extending the expert discovery deadline by two weeks is hardly sufficient. Accordingly, Vallair's

1

alternative request to extend all deadlines by two months is GRANTED. There will be no further extensions of discovery absent compelling circumstances.

**Depositions of Hete and Corrado**: The issue of whether these depositions should go forward is not ripe. The Court previously held that depositions of ATSG and CAM corporate representatives pursuant to Fed. R. Civ. P. 30(b)(6) and the depositions of Precision witnesses may obviate the need for the depositions of Hete and Corrado. Although the 30(b)(6) witnesses of ATSG and CAM now have been deposed, Precision's witnesses have not. Accordingly, ATSG and CAM's request to move to quash or for a protective order is DENIED WITHOUT PREJUDICE to renew at the appropriate juncture.

The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 157 and 158.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 5, 2023
New York, New York

Copies transmitted this date to all counsel of record.