```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VALLAIR SOLUTIONS SARL                          :
                                                :    21-CV-7507 (CM) (RWL)
                        Plaintiff,              :
                                                :
        - against -                             :    ORDER
                                                :
321 PRECISION CONVERSIONS LLC                   :
                                                :
                        Defendant.              :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Vallair's letter motion at Dkt. 176 requesting in camera review certain categories of documents (comprising approximately 175 documents) logged by Precision as protected attorney-client communications or work product. The request is denied for reasons principally as set forth in Precision's response at Dkt. 182, including the clarifications made by Precision as to the agreements or contracts referenced and subject to Precision's supplementing the names of attorneys and other parties to the communications at issue. However, Precision must confirm whether it has produced in redacted form non-privileged portions of documents otherwise claimed as privileged.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 176.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2023
      New York, New York

Copies transmitted this date to all counsel of record.

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 10/23/2023*

1