```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALLAIR SOLUTIONS SARL,

    Plaintiff,

v.

321 PRECISION CONVERSIONS LLC,

    Defendant.

Case No. 21-7507

[~~PROPOSED~~] ORDER

Before the Court is Vallair Solutions, SARL's and 321 Precision Conversions, LLC's joint letter (ECF 195) requesting the Court set a briefing schedule. For good cause shown, the Court **GRANTS** the Parties' request. *See* Fed. R. Civ. P. 16(b)(4).

The Court therefore **DIRECTS** the Parties as follows, consistent with the Federal Rules of Civil Procedure, the Local Rules for the United States District Court for the Southern District of New York, and this Court's Individual Practices and Procedures:

1. On or before April 29, 2024, the Parties shall file a Joint Statement of Material Facts;

2. On or before April 29, 2024, Precision shall file its Statement of Material Facts;

3. On or before April 29, 2024, Precision shall file its motion for summary judgment and a memorandum in support, not to exceed 25 pages;

4. On or before June 3, 2024, Vallair shall file its Response to Precision's Statement of Material Facts;

5. On or before June 3, 2024, Vallair shale file its Statement of Material Facts;

6. On or before June 3, 2024, Vallair shall file its motion for summary judgment and—as one filing—a memorandum in support, combined with its response in opposition,

6409657.1

        not to exceed 25 pages for the memorandum in support and not to exceed 25 pages for its response in opposition;

7. On or before July 1, 2024, Precision shall file its Response to Vallair's Rule 56.1 Statement of Material Facts;

8. On or before July 1, 2024, Precision shall file—as one filing—its reply in support and response in opposition, not to exceed 10 pages for its reply in support and not to exceed 25 pages for its response in opposition;

9. On or before July 1, 2024, the Parties will file any *Daubert* motions, unless ordered otherwise subject to Precision's forthcoming request for bifurcation;

10. On or before August 5, 2024, Vallair will file its reply in further support of its summary judgment motion, not to exceed 10 pages;

11. On or before August 5, 2024, the Parties will file oppositions to any *Daubert* motions; and

12. On or before August 5, 2024, the Parties will submit the Pretrial Order(s).

The page limits for summary judgment briefing discussed above exclude the Cover Page, Table of Authorities, Table of Contents, Signature Block, and Certificate of Service.

**SO ORDERED.**

Dated: 10 April 2024

/s/ Colleen McMahon
COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

BY ECF TO ALL COUNSEL

6409657.1