USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VALLAIR SOLUTIONS, SARL,

        *Plaintiff and Counterclaim*
        *Defendant,*

    v.

321 PRECISION CONVERSIONS, LLC,

        *Defendant and Counterclaim*
        *Plaintiff.*

---

NO. 1:21-cv-07507-CM-RWL

JUDGE COLLEEN MCMAHON

**DEFENDANT 321 PRECISION**
**CONVERSIONS, LLC AND PLAINTIFF**
**VALLAIR SOLUTION SARL'S JOINT**
**MOTION TO SEAL OR REDACT**

---

Defendant 321 Precision Conversions, LLC ("Precision"), with the consent and

agreement of Plaintiff Vallair Solution SARL ("Vallair"), respectfully moves this Court for leave

to file certain documents under seal or in redacted form, to protect Confidential Information as

contemplated in the parties' Confidentiality Agreement and Stipulated Protective Order (Doc.

37), including documents previously designated by a party as "Confidential" or "Confidential

Attorneys' Eyes Only." A memorandum of law is jointly submitted by both parties in support of

this motion. MEMO ENDORSED

Dated: April 29, 2024

Respectfully submitted,

/s/ *Chelsea Mikula*
Chelsea Mikula (admitted *pro hac vice*)
Smita Gautam (admitted *pro hac vice*)
Lindsey E. Sacher (admitted *pro hac vice*)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
Telephone:  216.592.5000
Facsimile:  216.592.5009
Email:  chelsea.mikula@tuckerellis.com
      lindsey.sacher@tuckerellis.com
      smita.gautam@tuckerellis.com

9/24/2024

This motion is granted temporarily, and nunc pro tunc to April 30, 2024, so that the parties may file that the parties may file certain redacted documents (NOT sealed, but redacted) pendente lite, Hard copies with no redactions must be delivered to chambers immediately. When a decision is reached on the underlying motion the parties will have 10 days & explain why anything in that decision should remain "Confidential."

Paul B. George (admitted *pro hac vice*)
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, Oregon OR 97204
Telephone:    503.778.2100
Facsimile:    503.778.2200
Email:        georgep@lanepowell.com

Kelly Jones Howell (KJH-7804)
Harris Beach PLLC
100 Wall Street
New York, NY 10005
Telephone:    212.687.0100
Facsimile:    212.687.0659
Email:        khowell@harrisbeach.com

*Attorneys for Defendant 321 Precision Conversions LLC*

Consented and agreed to on this 29th day of April, 2024, by:

By: */s/ Evan Kwarta with express permission*

Evan Kwarta
SDNY Bar No.: EK0712
NY Bar No.: 4401543
HINSHAW & CULBERTSON, LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Phone: (212) 471-6200
Fax:    (212) 935-1166
Email:  ekwarta@hinshawlaw.com

and

THE AXELROD FIRM, PC
By: */s/ Debora A. O'Neill with express permission*

Debora A. O'Neill (admitted *pro hac vice*)

2

230 S. Broad Street, 17th Floor
Philadelphia, PA 19102
Telephone: 610.331.5203
Facsimile: 215.238.1779
Email: doneill@theaxelrodfirm.com

*Counsel for Plaintiff Vallair*
*Solutions SARL*

## PROOF OF SERVICE

A copy of the foregoing was served on April 29, 2024 by sending it by electronic means to

the email addresses provided by the parties as follows:

Evan Kwarta
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
ekwarta@hinshawlaw.com

Sheryl L. Axelrod
Debora A. O'Neill
THE AXELROD FIRM, PC
100 East Penn Square, Suite 400
Philadelphia, PA 19107
saxelrod@theaxelrodfirm.com
doneill@theaxelrodfirm.com

*Attorneys for Plaintiff Vallair Solutions SARL*

Dated: April 29, 2024                    Respectfully submitted,

                                         /s/ *Chelsea Mikula*
                                         Chelsea Mikula (admitted *pro hac vice*)

                                         *One of the Attorneys for Defendant 321 Precision
                                         Conversions LLC*

4